**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

FOX ROTHSCHILD LLP
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
Telephone:  (973) 992-4800
Fax:  (973) 992-9125
Catherine E. Youngman (CEY 7596)
Attorneys for Catherine E.  Youngman
Chapter 7 Trustee

Order Filed on August 23, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MAHLON M. COHEN AND

AUSRA M. COHEN,

              Debtors.

Case No. 12-37075 ( MBK)

Judge:  Michael B. Kaplan

Chapter:  7

| Recommended Local Form: | ☒Followed | ☐Modified |
| --- | --- | --- |

### ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD LLP
### AS SUCCESSOR COUNSEL *NUNC PRO TUNC* TO APRIL 6, 2016

      The relief set forth on the following page, numbered two (2), is hereby
**ORDERED**.

**DATED: August 23, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

ACTIVE 41715487v1 08/12/2016

(Page 2)

In re:      Maholn M. and Ausra M. Cohen

Case No.:   12-37075 (MBK)

Caption:    **ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD AS CO-
COUNSEL TO TRUSTEE *NUNC PRO TUNC* TO APRIL 6, 2016**

**APPLICANT:        CATHERINE E. YOUNGMAN**

☒Trustee:    ☒Chap. 7       ☐Chap. 11         ☐Chap. 13.

☐Debtor:     ☐Chap. 11      ☐Chap. 13

☐Official Committee of _____

**PROFESSIONAL:   FOX ROTHSCHILD LLP**

☒Attorneys for:

☒Trustee      ☐Debtor-in-Possession

☐Official Committee of _____

Upon the Applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    Catherine E. Youngman, Chapter 7 Trustee, is authorized to retain the professional,
Fox Rothschild LLP, to act as her attorneys.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon
proper application.

3.    The effective date of the retention is April 6, 2016.

ACTIVE 41715487v1 08/12/2016