| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD LLP<br>75 Eisenhower Parkway, Suite 200<br>Roseland, NJ 07068<br>Telephone: (973) 992-4800<br>Fax: (973) 992-9125<br>Catherine E. Youngman (CEY 7596)<br>Attorneys for Catherine E. Youngman<br>Chapter 7 Trustee |
| In Re:<br><br>MAHLON M. COHEN AND<br><br>AUSRA M. COHEN,<br><br>      Debtors. |

**Order Filed on August 23, 2016**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No. 12-37075 ( MBK)

Judge: Michael B. Kaplan

Chapter: 7

| Recommended Local Form:    ☒Followed    ☐Modified |
|---|

### ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD LLP AS SUCCESSOR COUNSEL *NUNC PRO TUNC* TO APRIL 6, 2016

  The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 23, 2016**

                  _/s/ Michael B. Kaplan_
                  Honorable Michael B. Kaplan
                  United States Bankruptcy Judge

ACTIVE 41715487v1 08/12/2016

(Page 2)

In re: Maholn M. and Ausra M. Cohen

Case No.: 12-37075 (MBK)

Caption: **ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD AS CO-COUNSEL TO TRUSTEE *NUNC PRO TUNC* TO APRIL 6, 2016**

**APPLICANT:    CATHERINE E. YOUNGMAN**

☒Trustee:    ☒Chap. 7    ☐Chap. 11    ☐Chap. 13.

☐Debtor:    ☐Chap. 11    ☐Chap. 13

☐Official Committee of _____

**PROFESSIONAL:  FOX ROTHSCHILD LLP**

☒Attorneys for:

☒Trustee    ☐Debtor-in-Possession

☐Official Committee of _____

Upon the Applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. Catherine E. Youngman, Chapter 7 Trustee, is authorized to retain the professional, Fox Rothschild LLP, to act as her attorneys.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application.

3. The effective date of the retention is April 6, 2016.

ACTIVE 41715487v1 08/12/2016

```
                        United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 12-37075-MBK
Mahlon M Cohen                                                  Chapter 7
Ausra M Cohen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Aug 23, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2016.
db/jdb         +Mahlon M Cohen,   Ausra M Cohen,   8 Erskine Rd,   Whitehouse Station, NJ 08889-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2016 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    SETERUS, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Defendant    CitiMortgage, Inc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Defendant    Seterus, Inc. nj.bkecf@fedphe.com
              Catherine E. Youngman    on behalf of Plaintiff Catherine E. Youngman cyoungman@formanlaw.com,
               NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman    cyoungman@formanlaw.com,
               NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Deirdre E. Burke    on behalf of Trustee Catherine E. Youngman dburke@formanlaw.com
              Deirdre E. Burke    on behalf of Plaintiff Catherine E. Youngman dburke@formanlaw.com
              Joel A. Ackerman    on behalf of Creditor    US Bank National Association, as Trustee for Citigroup
               Mortgage Loan Trust Inc. 2007-AR7, Mortgage Pass-Through Certificates,Series 2007-AR7
               jackerman@zuckergoldberg.com
              John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M. Cohen brokaw@maurosavolaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Ausra M. Cohen brokaw@maurosavolaw.com
              John F. Bracaglia, Jr.    on behalf of Debtor Mahlon M Cohen brokaw@maurosavolaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Ausra M Cohen brokaw@maurosavolaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M Cohen brokaw@maurosavolaw.com
              John F. Bracaglia, Jr.    on behalf of Joint Debtor Ausra M Cohen brokaw@maurosavolaw.com
              John Philip Schneider    on behalf of Defendant    Federal National Mortgage Association ("Fannie
               Mae"), creditor c/o Seterus, Inc. nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    Federal National Mortgage Association ("Fannie
               Mae") creditor, c/o Seterus, Inc. nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael R. Herz    on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              Peter  Broege    on behalf of Mediator Peter  Broege pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Steven K. Eisenberg    on behalf of Plaintiff    American Express Centurion Bank
               seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneisenberg.com
                                                                                                 TOTAL: 22