Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12−37075−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mahlon M Cohen
8 Erskine Rd
Whitehouse Station, NJ 08889

Ausra M Cohen
8 Erskine Rd
Whitehouse Station, NJ 08889

Social Security No.:
xxx−xx−6431

xxx−xx−6481

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    9/7/17
Time:    10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Withum Smith Brown, Accountant

COMMISSION OR FEES
$8132.50

EXPENSES
$0

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 9, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 12-37075-MBK
Mahlon M Cohen                                                         Chapter 7
Ausra M Cohen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 09, 2017
                              Form ID: 137             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
```
db/jdb         +Mahlon M Cohen,    Ausra M Cohen,    8 Erskine Rd,    Whitehouse Station, NJ 08889-3004
cr             +SETERUS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
r              +Stribling Assocaites Ltd,    924 Madison Ave,    New York, NY 10021-3591
513489713      +Advanced Financial FCU,    785 Central Ave,    New Providence, NJ 07974-1100
513489715      +America's Servicing Co,    POB 1820,    Newark, NJ 07101-1820
513489716      +American Express,    POB 1270,    Newark, NJ 07101-1270
514245244       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514237396       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
513489717      +BAC Home Loan Servicing,    POB 660694,    Dallas, TX 75266-0694
513489718     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998-2235)
513489719      +BNB Bank, NA,    POB 20013,    Greeley Square station,    New York, NY 10001-0001
513489726     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,     POB 182676,    Columbus, OH 43218)
513489720      +Capital One,    POB 70884,    Charlotte, NC 28272-0884
514151409       Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
513489721      +Chase,    POB 15583,    Wilmington, DE 19886-0001
513489722      +Citibank,    POB 790110,    Saint Louis, MO 63179-0110
514411114       Citibank, N.A.,    PO Box 6030,    Sioux Falls, SD 57117-6030
513489723      +Citicards,    POB 183064,    Columbus, OH 43218-3064
513489724      +Citimortgage,    POB 183040,    Columbus, OH 43218-3040
513489725      +Greenwich Placa Condominium,    Cooper Square Realty,    POB 56007,    Newark, NJ 07101-0001
513489727      +Jaffe & Asher,    600 Third Ave,    New York, NY 10016-1901
513489729      +Macys,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
513489730      +NYC Dept of Finance,    POB 680,    Newark, NJ 07101-0680
513489736      +WF Business Direct,    POB 348750,    Sacramento, CA 95834-8750
513489734      +Waterway Palms HOA,    Kuester Management,    POB 64893,    Phoenix, AZ 85082-4893
513489735      +Wells Fargo Bank,    Maneri & Maroules,    30 Two Bridges Rd #260,    Fairfield, NJ 07004-1551
514226404       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2017 22:31:10      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2017 22:31:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513489728      +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2017 22:33:48      Lowes,    POB 105890 Dept 79,
                 Atlanta, GA 30348-5890
513489733      +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2017 22:33:27      Wal Mart,    MCCBG,    POB 530927,
                 Atlanta, GA 30353-0927
                                                                                               TOTAL: 4
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
513489714       AMC Properties, LLC
513489732       Robert Trehy
pla*            American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA  19355-0701
514237397*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
513489731    ##+Robert & Virginia Kyle,    11511 Oyster Bay Circle,    New Port Richey, FL 34654-4468
                                                                                 TOTALS: 2, * 2, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 09, 2017
                              Form ID: 137             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Defendant    Seterus, Inc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Defendant    Federal National Mortgage Association ("Fannie Mae"),
               creditor c/o Seterus, Inc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               creditor, c/o Seterus, Inc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    SETERUS, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Defendant    CitiMortgage, Inc. nj.bkecf@fedphe.com
              Catherine E. Youngman    on behalf of Plaintiff Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman     cyoungman@formanlaw.com,
               NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Deirdre E. Burke    on behalf of Plaintiff Catherine E. Youngman dburke@formanlaw.com
              Deirdre E. Burke    on behalf of Trustee Catherine E. Youngman dburke@formanlaw.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joel A. Ackerman    on behalf of Creditor    US Bank National Association, as Trustee for Citigroup
               Mortgage Loan Trust Inc. 2007-AR7, Mortgage Pass-Through Certificates,Series 2007-AR7
               jackerman@zuckergoldberg.com
              John F. Bracaglia, Jr.    on behalf of Defendant Ausra M Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Joint Debtor Ausra M Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M. Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Ausra M. Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Debtor Mahlon M Cohen brokaw@centraljerseylaw.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael R. Herz    on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              Peter  Broege     on behalf of Mediator Peter  Broege pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Steven K. Eisenberg    on behalf of Plaintiff    American Express Centurion Bank
               seisenberg@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                              TOTAL: 23
```