| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>WITHUM SMITH + BROWN, PC<br>CERTIFIED PUBLIC ACCOUNTANTS<br>200 Jefferson Park<br>Suite 400<br>Whippany, NJ  07981-1070<br>(908)526-6363<br>Kenneth J. DeGraw<br>Accountants to Trustee | **Order Filed on September 8, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br> MAHLON & AUSRA COHEN,<br><br>Debtors. | Case No.:  12-37075 (MBK)<br><br>Judge: Hon.  Michael B. Kaplan<br><br>Chapter: 7 |

| |
|---|
| Recommended Local Form:           ☒  Followed     ☐Modified |

### ORDER AUTHORIZING  FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY WITHUM SMITH + BROWN, PC,   AS ACCOUNTANTS TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 8, 2017**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

50378165.v1

(Page 2)
**DEBTOR:    MAHLON & AUSRA COHEN**
**CASE NO.   12-37075 (MBK)**

**ORDER AUTHORIZING FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF FINAL FEES AND EXPENSES BY WITHUM SMITH + BROWN, PC, AS ACCOUNTANTS TO THE TRUSTEE**

This matter having been opened to the Court upon application of Withum Smith + Brown, PC for compensation as accountants for Catherine E. Youngman, Trustee, and upon adequate notice to all parties in interest, and the Court having considered all papers submitted, and for good cause shown; IT IS HEREBY

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Withum Smith + Brown, PC | $ 8,132.50 | $ 0 |