| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>WITHUM SMITH + BROWN, PC<br>CERTIFIED PUBLIC ACCOUNTANTS<br>200 Jefferson Park<br>Suite 400<br>Whippany, NJ  07981-1070<br>(908)526-6363<br>Kenneth J. DeGraw<br>Accountants to Trustee | **Order Filed on September 8, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>  MAHLON & AUSRA COHEN,<br><br>                    Debtors. | Case No.:  12-37075 (MBK)<br><br>Judge: Hon.  Michael B. Kaplan<br><br>Chapter: 7 |

| Recommended Local Form:          ☒  Followed    ☐Modified |
|---|

### ORDER AUTHORIZING  FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY WITHUM SMITH + BROWN, PC,   AS ACCOUNTANTS TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 8, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

50378165.v1

(Page 2)
**DEBTOR:** MAHLON & AUSRA COHEN
**CASE NO.** 12-37075 (MBK)

**ORDER AUTHORIZING FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF FINAL FEES AND EXPENSES BY WITHUM SMITH + BROWN, PC, AS ACCOUNTANTS TO THE TRUSTEE**

This matter having been opened to the Court upon application of Withum Smith + Brown, PC for compensation as accountants for Catherine E. Youngman, Trustee, and upon adequate notice to all parties in interest, and the Court having considered all papers submitted, and for good cause shown; IT IS HEREBY

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Withum Smith + Brown, PC | $ 8,132.50 | $ 0 |

United States Bankruptcy Court
District of New Jersey

In re:  
Mahlon M Cohen  
Ausra M Cohen  
    Debtors

Case No. 12-37075-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 08, 2017  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.  
db/jdb          +Mahlon M Cohen,    Ausra M Cohen,    8 Erskine Rd,    Whitehouse Station, NJ 08889-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:

         Andrew L. Spivack    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae") creditor, c/o Seterus, Inc. nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Creditor    SETERUS, INC. nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Defendant    CitiMortgage, Inc. nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Defendant    Seterus, Inc. nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Defendant    Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. nj.bkecf@fedphe.com  
         Catherine E. Youngman    on behalf of Plaintiff Catherine E. Youngman cyoungman@foxrothschild.com, NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
         Catherine E. Youngman    cyoungman@formanlaw.com, NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
         Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com, NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
         Deirdre E. Burke    on behalf of Trustee Catherine E. Youngman dburke@formanlaw.com  
         Deirdre E. Burke    on behalf of Plaintiff Catherine E. Youngman dburke@formanlaw.com  
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joel A. Ackerman    on behalf of Creditor    US Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. 2007-AR7, Mortgage Pass-Through Certificates,Series 2007-AR7 jackerman@zuckergoldberg.com  
         John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M. Cohen brokaw@centraljerseylaw.com  
         John F. Bracaglia, Jr.    on behalf of Defendant Ausra M. Cohen brokaw@centraljerseylaw.com  
         John F. Bracaglia, Jr.    on behalf of Debtor Mahlon M Cohen brokaw@centraljerseylaw.com  
         John F. Bracaglia, Jr.    on behalf of Defendant Ausra M Cohen brokaw@centraljerseylaw.com  
         John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M Cohen brokaw@centraljerseylaw.com  
         John F. Bracaglia, Jr.    on behalf of Joint Debtor Ausra M Cohen brokaw@centraljerseylaw.com  
         Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Michael R. Herz    on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com, cbrown@foxrothschild.com  
         Peter Broege    on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com  
         Steven K. Eisenberg    on behalf of Plaintiff    American Express Centurion Bank seisenberg@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
                                                                                                                            TOTAL: 23