Order Filed on September 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**ERIC R. PERKINS,** *PRO SE*
**CHAPTER 7 TRUSTEE**
40 West Ridgewood Avenue
Ridgewood, New Jersey 07450
Telephone: (201) 445-6722
Facsimile: (201) 445-5376
E-Mail: eperkins@mdmc-law.com

| | |
|---|---|
| In re: | Chapter 7 |
| MAHLON M. COHEN AND AUSRA M. COHEN, | Case No. 12-37075 (MBK) |
| Debtors. | Honorable Michael B. Kaplan, U.S.B.J. |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER AUTHORIZING RETENTION OF MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: September 17, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Debtors: Mahlon M. Cohen and Ausra M. Cohen
Case No: 12-37075 (MBK)
Caption of Order: Order Authorizing Retention of McElroy, Deutsch, Mulvaney & Carpenter LLP

---

(check all that apply)  ☒ Trustee:  ☒ Chap. 7  ☐ Chap. 11  ☐ Chap. 13.
☐ Debtor:  ☐ Chap. 11  ☐ Chap. 13
☐ Official Committee of _____

Name of Professional:   McElroy, Deutsch, Mulvaney & Carpenter, LLP
Address of Professional:  570 Broad Street, Suite 1500
 Newark, New Jersey 07102

☒ Attorney for (check all that apply):
  ☒ Trustee  ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee  ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Other Professional:
  ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

  ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3. The effective date of the retention is *nunc pro tunc* from June 11, 2018, the date Eric R. Perkins was appointed as Successor Chapter 7 Trustee.