|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**ERIC R. PERKINS,** *PRO SE*<br>**CHAPTER 7 TRUSTEE**<br>40 West Ridgewood Avenue<br>Ridgewood, New Jersey 07450<br>Telephone:  (201) 445-6722<br>Facsimile:  (201) 445-5376<br>E-Mail:  eperkins@mdmc-law.com | Order Filed on September 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>MAHLON M. COHEN AND AUSRA M. COHEN,<br><br>                Debtors. | Chapter 7<br><br>Case No. 12-37075 (MBK)<br><br>Honorable Michael B. Kaplan,<br>U.S.B.J. |

Recommended Local Form:   ☒ Followed   ☐ Modified

### ORDER AUTHORIZING RETENTION OF MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: September 17, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:          Mahlon M. Cohen and Ausra M. Cohen
Case No:          12-37075 (MBK)
Caption of Order: Order Authorizing Retention of McElroy, Deutsch, Mulvaney & Carpenter LLP

---

(check all that apply) ☒ Trustee:  ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.
☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13
☐ Official Committee of _____

Name of Professional:    McElroy, Deutsch, Mulvaney & Carpenter, LLP
Address of Professional: 570 Broad Street, Suite 1500
                         Newark, New Jersey 07102

☒ Attorney for (check all that apply):
  ☒ Trustee   ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee   ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Other Professional:
  ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

  ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3. The effective date of the retention is *nunc pro tunc* from June 11, 2018, the date Eric R. Perkins was appointed as Successor Chapter 7 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 12-37075-MBK
Mahlon M Cohen                                                               Chapter 7
American Express Centurion Bank
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 17, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
db/jdb          +Mahlon M Cohen,    Ausra M Cohen,    8 Erskine Rd,    Whitehouse Station, NJ 08889-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Defendant    Federal National Mortgage Association ("Fannie Mae"),
               creditor c/o Seterus, Inc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               creditor, c/o Seterus, Inc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    SETERUS, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Defendant    CitiMortgage, Inc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Defendant    Seterus, Inc. nj.bkecf@fedphe.com
              Catherine E. Youngman    on behalf of Plaintiff Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Deirdre E. Burke    on behalf of Trustee Catherine E. Youngman dburke@mccarter.com
              Deirdre E. Burke    on behalf of Plaintiff Catherine E. Youngman dburke@mccarter.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Eric R. Perkins    eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M. Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Ausra M. Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Debtor Mahlon M Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Ausra M Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Joint Debtor Ausra M Cohen brokaw@centraljerseylaw.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael R. Herz    on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              Peter  Broege    on behalf of Mediator Peter  Broege pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Steven K. Eisenberg    on behalf of Plaintiff    American Express Centurion Bank
               seisenberg@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                              TOTAL: 23