| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone: 973-992-4800<br>Fax:  973-992-9125<br>Attorneys for Catherine E. Youngman, former Chapter 7 Trustee | **Order Filed on December 27, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MAHLON M. COHEN AND<br><br>AUSRA M. COHEN,<br><br>            Debtors. | Case No .: 12-37075 ( MBK)<br><br>Judge: Hon. Michael B. Kaplan<br><br>Chapter: 7 |

| |
|---|
| Recommended Local Form:      ☒ Followed    ☐ Modified |

# ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FOX ROTHSCHILD, LLP   AS COUNSEL TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 27, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

81702775.v1

(Page 2)
**DEBTOR:   MAHLON M. COHEN AND AUSRA M. COHEN**
**CASE NO.   12-37075 (MBK)**
**ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**TO FOX ROTHSCHILD, LLP AS COUNSEL TO THE TRUSTEE**

---

This matter having been opened to the Court upon the first and final application of Fox Rothschild LLP, the attorneys for Catherine E. Youngman, the former trustee in the above-captioned chapter 7 case, for allowance of compensation and reimbursement of expenses, and upon adequate notice to all parties in interest, and the Court having considered all papers submitted, and for good cause shown; IT IS HEREBY

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Fox Rothschild, LLP | $ 451.50 | $ 42.72 |