UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
Eisenhower Plaza II, Suite 1500
354 Eisenhower Parkway,
Livingston, NJ  07039
(973) 422-1100
J. ALEX KRESS, ESQ.
Proposed Attorneys for Eric R. Perkins, Chapter 7 Trustee

In Re:

MAHLON M. COHEN and AUSRA M. COHEN,

Debtors.



**Order Filed on April 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    12-37075  (MBK)

Chapter:    7

Judge:    Hon. Michael B. Kaplan

# ORDER AUTHORIZING RETENTION OF

## BECKER LLC AS COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE

The relief set forth on the following page is **ORDERED**.

**DATED: April 12, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Becker LLC as Counsel for Eric R. Perkins, Chapter 7 Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   <u>354 Eisenhower Parkway</u>
   <u>Plaza II, Suite 1500</u>
   <u>Livingston, NJ  07039</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*