| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BECKER LLC**<br>354 Eisenhower Parkway<br>Eisenhower Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>Phone: (973) 422-1100<br>Counsel to Eric R. Perkins, Chapter 7 Trustee<br>J. ALEX KRESS, ESQ.<br>E-mail address: akress@becker.legal | Order Filed on November 19, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>MAHLON M. COHEN and AUSRA M. COHEN,<br><br>              Debtors. | Chapter 7<br><br>Case No. 12-37075 (MBK)<br><br>**Judge:  Hon. Michael B. Kaplan**<br><br>**Hearing Date:  October 10, 2019**<br>        at 10:00 a.m. |

**ORDER EXPUNGING AND DISALLOWING CLAIM NO. 1 FILED BY ADVANCED FINANCIAL FCU**

  The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: November 19, 2019**

                                        Honorable Michael B. Kaplan
                                         United States Bankruptcy Judge

**Debtor:**   Mahlon M. Cohen and Ausra M. Cohen

**Case No.** 12-37075 (MBK)

**Caption:**   *Order Expunging and Disallowing Claim No. 1 Filed by Advanced Financial FCU*

___

    **THIS MATTER** having been brought before this Court upon the motion filed by Becker LLC, as counsel to Eric R. Perkins, Chapter 7 Trustee (the "Trustee"), for Mahlon M. Cohen and Ausra M. Cohen (the "Debtors"), for the entry of an order pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 expunging Claim No. 1 filed by Advanced Financial FCU; and the Court having considered the matter; and the arguments and submissions of counsel, if any, and the Court having further considered the opposition filed, if any, and due notice having been given; and for good cause shown; it is hereby

    **ORDERED** that Claim No. 1 filed by Advanced Financial FCU, be and hereby is EXPUNGED and DISALLOWED in its entirety.