Order Filed on November 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BECKER LLC**
354 Eisenhower Parkway
Eisenhower Plaza Two, Suite 1500
Livingston, New Jersey 07039
Phone: (973) 422-1100
Counsel to Eric R. Perkins, Chapter 7 Trustee
J. ALEX KRESS, ESQ.
E-mail address: akress@becker.legal

In re:

MAHLON M. COHEN and AUSRA M. COHEN,

Debtors.

Chapter 7

Case No. 12-37075 (MBK)

**Judge: Hon. Michael B. Kaplan**

**Hearing Date: October 10, 2019
at 10:00 a.m.**

**ORDER EXPUNGING AND DISALLOWING CLAIM NO. 3 FILED BY WELLS FARGO BANK, N.A.**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: November 19, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Debtor:**    Mahlon M. Cohen and Ausra M. Cohen

**Case No.**  12-37075 (MBK)

**Caption:**  *Order Expunging and Disallowing Claim No. 3 Filed by Wells Fargo Bank, N.A.*

___

   **THIS MATTER** having been brought before this Court upon the motion filed by Becker LLC, as counsel to Eric R. Perkins, Chapter 7 Trustee (the "Trustee"), for Mahlon M. Cohen and Ausra M. Cohen (the "Debtors"), for the entry of an order pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 expunging Claim No. 3 filed by Wells Fargo Bank, N.A.; and the Court having considered the matter; and the arguments and submissions of counsel, if any, and the Court having further considered the opposition filed, if any, and due notice having been given; and for good cause shown; it is hereby

   **ORDERED** that Claim No. 3 filed by Wells Fargo Bank, N.A., be and hereby is EXPUNGED and DISALLOWED in its entirety.