| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BECKER LLC**<br>354 Eisenhower Parkway<br>Eisenhower Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>Phone: (973) 422-1100<br>Counsel to Eric R. Perkins, Chapter 7 Trustee<br>J. ALEX KRESS, ESQ.<br>E-mail address: akress@becker.legal | Order Filed on November 19, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>MAHLON M. COHEN and AUSRA M. COHEN,<br><br>Debtors. | Chapter 7<br><br>Case No. 12-37075 (MBK)<br><br>**Judge:** Hon. Michael B. Kaplan<br><br>**Hearing Date:** October 10, 2019<br>at 10:00 a.m. |

**ORDER EXPUNGING AND DISALLOWING CLAIM NO. 1 FILED BY ADVANCED FINANCIAL FCU**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: November 19, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Debtor:**    Mahlon M. Cohen and Ausra M. Cohen

**Case No.**    12-37075 (MBK)

**Caption:**    *Order Expunging and Disallowing Claim No. 1 Filed by Advanced Financial FCU*

_____

    **THIS MATTER** having been brought before this Court upon the motion filed by Becker LLC, as counsel to Eric R. Perkins, Chapter 7 Trustee (the "Trustee"), for Mahlon M. Cohen and Ausra M. Cohen (the "Debtors"), for the entry of an order pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 expunging Claim No. 1 filed by Advanced Financial FCU; and the Court having considered the matter; and the arguments and submissions of counsel, if any, and the Court having further considered the opposition filed, if any, and due notice having been given; and for good cause shown; it is hereby

    **ORDERED** that Claim No. 1 filed by Advanced Financial FCU, be and hereby is EXPUNGED and DISALLOWED in its entirety.

United States Bankruptcy Court
District of New Jersey

In re:  
Mahlon M Cohen  
American Express Centurion Bank  
    Debtors

Case No. 12-37075-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Nov 21, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2019.
db/jdb      +Mahlon M Cohen,   Ausra M Cohen,   8 Erskine Rd,   Whitehouse Station, NJ 08889-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2019 at the address(es) listed below:

       Andrew L. Spivack    on behalf of Defendant    Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. nj.bkecf@fedphe.com  
       Andrew L. Spivack    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae") creditor, c/o Seterus, Inc. nj.bkecf@fedphe.com  
       Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
       Andrew L. Spivack    on behalf of Creditor    SETERUS, INC. nj.bkecf@fedphe.com  
       Andrew L. Spivack    on behalf of Defendant    CitiMortgage, Inc. nj.bkecf@fedphe.com  
       Andrew L. Spivack    on behalf of Defendant    Seterus, Inc. nj.bkecf@fedphe.com  
       Catherine E. Youngman    on behalf of Plaintiff Catherine E. Youngman cyoungman@foxrothschild.com, NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
       Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com, NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
       Deirdre E. Burke    on behalf of Trustee Catherine E. Youngman dburke@mccarter.com  
       Deirdre E. Burke    on behalf of Plaintiff Catherine E. Youngman dburke@mccarter.com  
       Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Eric R. Perkins    eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
       Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
       Gary D. Bressler    on behalf of Attorney    McElroy, Deutsch, Mulvaney & Carpenter, LLP gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com  
       J. Alex Kress    on behalf of Trustee Eric R. Perkins akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com  
       John F. Bracaglia, Jr.    on behalf of Joint Debtor Ausra M Cohen brokaw@centraljerseylaw.com  
       John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M. Cohen brokaw@centraljerseylaw.com  
       John F. Bracaglia, Jr.    on behalf of Defendant Ausra M. Cohen brokaw@centraljerseylaw.com  
       John F. Bracaglia, Jr.    on behalf of Debtor Mahlon M Cohen brokaw@centraljerseylaw.com  
       John F. Bracaglia, Jr.    on behalf of Defendant Ausra M Cohen brokaw@centraljerseylaw.com  
       John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M Cohen brokaw@centraljerseylaw.com  
       Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Michael R. Herz    on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com, cbrown@foxrothschild.com  
       Peter Broege    on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com  
       Steven K. Eisenberg    on behalf of Plaintiff    American Express Centurion Bank seisenberg@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 21, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com,
      mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
      TOTAL: 26