| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| BECKER LLC<br>354 Eisenhower Parkway<br>Eisenhower Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>Phone: (973) 422-1100<br>Counsel to Eric R. Perkins, Chapter 7 Trustee<br>J. ALEX KRESS, ESQ.<br>E-mail address: akress@becker.legal | Order Filed on November 19, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>MAHLON M. COHEN and AUSRA M. COHEN,<br><div align="right">Debtors.</div> | Chapter 7<br><br>Case No. 12-37075 (MBK)<br><br>**Judge:  Hon. Michael B. Kaplan**<br><br>**Hearing Date:   October 10, 2019<br>                        at 10:00 a.m.** |

**ORDER EXPUNGING AND DISALLOWING CLAIM NO. 3 FILED BY WELLS FARGO BANK, N.A.**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: November 19, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Debtor:**   Mahlon M. Cohen and Ausra M. Cohen

**Case No.**   12-37075 (MBK)

**Caption:**   *Order Expunging and Disallowing Claim No. 3 Filed by Wells Fargo Bank, N.A.*

___

    **THIS MATTER** having been brought before this Court upon the motion filed by Becker LLC, as counsel to Eric R. Perkins, Chapter 7 Trustee (the "Trustee"), for Mahlon M. Cohen and Ausra M. Cohen (the "Debtors"), for the entry of an order pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 expunging Claim No. 3 filed by Wells Fargo Bank, N.A.; and the Court having considered the matter; and the arguments and submissions of counsel, if any, and the Court having further considered the opposition filed, if any, and due notice having been given; and for good cause shown; it is hereby

    **ORDERED** that Claim No. 3 filed by Wells Fargo Bank, N.A., be and hereby is EXPUNGED and DISALLOWED in its entirety.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 12-37075-MBK
Mahlon M Cohen                                                                              Chapter 7
American Express Centurion Bank
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                Page 1 of 2              Date Rcvd: Nov 21, 2019
                               Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2019.
db/jdb         +Mahlon M Cohen,    Ausra M Cohen,    8 Erskine Rd,    Whitehouse Station, NJ 08889-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Defendant    Federal National Mortgage Association ("Fannie Mae"),
               creditor c/o Seterus, Inc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               creditor, c/o Seterus, Inc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    SETERUS, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Defendant    CitiMortgage, Inc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Defendant    Seterus, Inc. nj.bkecf@fedphe.com
              Catherine E. Youngman    on behalf of Plaintiff Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Deirdre E. Burke    on behalf of Trustee Catherine E. Youngman dburke@mccarter.com
              Deirdre E. Burke    on behalf of Plaintiff Catherine E. Youngman dburke@mccarter.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins     eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Gary D. Bressler    on behalf of Attorney    McElroy, Deutsch, Mulvaney & Carpenter, LLP
               gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              J. Alex Kress    on behalf of Trustee Eric R. Perkins akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              John F. Bracaglia, Jr.    on behalf of Joint Debtor Ausra M Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M. Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Ausra M. Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Debtor Mahlon M Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Ausra M Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M Cohen brokaw@centraljerseylaw.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael R. Herz    on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              Peter  Broege    on behalf of Mediator Peter  Broege pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Steven K. Eisenberg    on behalf of Plaintiff    American Express Centurion Bank
               seisenberg@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

```
District/off: 0312-3           User: admin              Page 2 of 2               Date Rcvd: Nov 21, 2019
                               Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com,
     mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
                                            TOTAL: 26