Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12−37075−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mahlon M Cohen                                      Ausra M Cohen
   8 Erskine Rd                                              8 Erskine Rd
   Whitehouse Station, NJ 08889            Whitehouse Station, NJ 08889

Social Security No.:
   xxx−xx−6431                                              xxx−xx−6481

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      4/23/20
Time:     10:00 AM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Becker LLC, Trustee's Attorney

COMMISSION OR FEES
fee: $6,375.00,

EXPENSES
$747.60.

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 25, 2020
JAN:

                                                                        Jeanne Naughton
                                                                        Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey

In re:                                                           Case No. 12-37075-MBK
Mahlon M Cohen                                                   Chapter 7
American Express Centurion Bank
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 25, 2020
                              Form ID: 137             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db/jdb       +Mahlon M Cohen,   Ausra M Cohen,   8 Erskine Rd,   Whitehouse Station, NJ 08889-3004
aty          +Joel A. Ackerman,   Zucker Goldberg & Ackerman,   200 Sheffield Street,   Suite 301,
               Mountainside, NJ 07092-2315
aty          +McElroy, Deutsch, Mulvaney & Carpenter, LLP,   1300 Mount Kemble Avenue,   PO Box 2075,
               Morristown, NJ 07962-2075
acc          +Bederson LLP,   347 Mt. Pleasant Avenue,   West Orange, NJ 07052-2749
cr           +SETERUS, INC.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
r            +Stribling Assocaites Ltd,   924 Madison Ave,   New York, NY 10021-3591
513489713    +Advanced Financial FCU,   785 Central Ave,   New Providence, NJ 07974-1100
513489715    +America's Servicing Co,   POB 1820,   Newark, NJ 07101-1820
513489716    +American Express,   POB 1270,   Newark, NJ 07101-1270
514245244     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514237396     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
513489717    +BAC Home Loan Servicing,   POB 660694,   Dallas, TX 75266-0694
513489718   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998-2235)
513489719    +BNB Bank, NA,   POB 20013,   Greeley Square station,   New York, NY 10001-0001
513489726   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Home Depot,   POB 182676,   Columbus, OH 43218)
513489722    +Citibank,   POB 790110,   Saint Louis, MO 63179-0110
514411114     Citibank, N.A.,   PO Box 6030,   Sioux Falls, SD 57117-6030
513489723    +Citicards,   POB 183064,   Columbus, OH 43218-3064
513489724    +Citimortgage,   POB 183040,   Columbus, OH 43218-3040
513489725    +Greenwich Placa Condominium,   Cooper Square Realty,   POB 56007,   Newark, NJ 07101-0001
513489727    +Jaffe & Asher,   600 Third Ave,   New York, NY 10016-1901
513489729    +Macys,   Bankruptcy Processing,   P.O. Box 8053,   Mason, OH 45040-8053
513489730    +NYC Dept of Finance,   POB 680,   Newark, NJ 07101-0680
513489731    +Robert & Virginia Kyle,   11511 Oyster Bay Circle,   New Port Richey, FL 34654-4468
513489736    +WF Business Direct,   POB 348750,   Sacramento, CA 95834-8750
513489734    +Waterway Palms HOA,   Kuester Management,   POB 64893,   Phoenix, AZ 85082-4893
513489735    +Wells Fargo Bank,   Maneri & Maroules,   30 Two Bridges Rd #260,   Fairfield, NJ 07004-1551
514226404     Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA   50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 25 2020 22:14:55     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 25 2020 22:14:53     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
513489720    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 22:24:05      Capital One,
               POB 70884,   Charlotte, NC 28272-0884
514151409     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 22:24:04      Capital One, N.A.,
               PO Box 71083,   Charlotte, NC  28272-1083
513489721     E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 25 2020 22:23:30      Chase,   POB 15583,
               Wilmington, DE 19886
513489728    +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 22:22:56     Lowes,   POB 105890 Dept 79,
               Atlanta, GA 30348-5890
513489733    +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 22:23:25     Wal Mart,   MCCBG,   POB 530927,
               Atlanta, GA 30353-0927
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513489714      AMC Properties, LLC
513489732      Robert Trehy
pla*           American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern, PA  19355-0701
514237397*     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                  TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 25, 2020
                              Form ID: 137             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Defendant    Seterus, Inc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Defendant    Federal National Mortgage Association ("Fannie Mae"),
               creditor c/o Seterus, Inc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               creditor, c/o Seterus, Inc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    SETERUS, INC. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Defendant    CitiMortgage, Inc. nj.bkecf@fedphe.com
              Catherine E. Youngman    on behalf of Plaintiff Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Deirdre E. Burke    on behalf of Plaintiff Catherine E. Youngman dburke@mccarter.com
              Deirdre E. Burke    on behalf of Trustee Catherine E. Youngman dburke@mccarter.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Gary D. Bressler    on behalf of Attorney    McElroy, Deutsch, Mulvaney & Carpenter, LLP
               gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              J. Alex Kress    on behalf of Trustee Eric R. Perkins akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              John F. Bracaglia, Jr.    on behalf of Defendant Ausra M Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Joint Debtor Ausra M Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Mahlon M. Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Defendant Ausra M. Cohen brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Debtor Mahlon M Cohen brokaw@centraljerseylaw.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael R. Herz    on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              Peter Broege    on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Steven K. Eisenberg    on behalf of Plaintiff    American Express Centurion Bank
               seisenberg@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com,
               mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
                                                                                               TOTAL: 26
```