| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-2(c )<br><br>**BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Counsel to Eric R. Perkins, Chapter 7 Trustee<br>J. ALEX KRESS<br>E-mail address: akress@becker.legal | **Order Filed on April 23, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>MAHLON M. COHEN and AUSRA M. COHEN,<br><br><br>Debtor. | Case No.  12-37075 (MBK)<br><br>Chapter 7<br><br>**Judge:  Honorable Michael B. Kaplan**<br><br>**Hearing Date: April 23,  2020<br>at 10:00 a.m.** |

**ORDER ALLOWING FIRST AND FINAL FEES AND REIMURSEMENT OF COSTS TO BECKER LLC, AS COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE**

The relief set forth on the following pages, numbered two (2) through (3) is hereby

**ORDERED**.

**DATED: April 23, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Debtor:**     Mahlon M. Cohen and Ausra M. Cohen

**Case No.:**   12-37075 (MBK)

**Caption*:*** *Order Allowing First and Final Fees and Reimbursement of Costs to Becker LLC, as Counsel to Eric R. Perkins, Chapter 7 Trustee*

And now, the Court finds that the Applicant named below filed an application for allowances; notice and opportunity for hearing were given to creditors and other parties-in-interest as required; and for good cause shown; it is hereby

**ORDERED** that final compensation and reimbursement of expenses are ALLOWED as follows:

| Applicant | Attorneys' Fees | Expenses |
| --- | --- | --- |
| Becker LLC, as Counsel for Eric R. Perkins, as Successor Chapter 7 Trustee for the Debtors, MAHLON M. COHEN and AUSRA M. COHEN | $6,375.00 | $747.60 |