| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>**BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Counsel to Eric R. Perkins, Chapter 7 Trustee<br>J. ALEX KRESS<br>E-mail address: akress@becker.legal | **Order Filed on April 23, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>MAHLON M. COHEN and AUSRA M. COHEN,<br><br>                       Debtor. | Case No. 12-37075 (MBK)<br><br>Chapter 7<br><br>**Judge: Honorable Michael B. Kaplan**<br><br>**Hearing Date: April 23, 2020<br>                    at 10:00 a.m.** |

**ORDER ALLOWING FIRST AND FINAL FEES AND REIMURSEMENT OF COSTS TO BECKER LLC, AS COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE**

      The relief set forth on the following pages, numbered two (2) through (3) is hereby

**ORDERED**.

**DATED: April 23, 2020**

                                                                              Honorable Michael B. Kaplan<br>                                                                              United States Bankruptcy Judge

Page 2 of 2

**Debtor:**      Mahlon M. Cohen and Ausra M. Cohen

**Case No.:**   **12-37075 (MBK)**

**Caption*:***   *Order Allowing First and Final Fees and Reimbursement of Costs to Becker LLC, as Counsel to Eric R. Perkins, Chapter 7 Trustee*

And now, the Court finds that the Applicant named below filed an application for allowances; notice and opportunity for hearing were given to creditors and other parties-in-interest as required; and for good cause shown; it is hereby

**ORDERED** that final compensation and reimbursement of expenses are ALLOWED as follows:

| Applicant | Attorneys' Fees | Expenses |
|---|---|---|
| Becker LLC, as Counsel for Eric R. Perkins, as Successor Chapter 7 Trustee for the Debtors, MAHLON M. COHEN and AUSRA M. COHEN | $6,375.00 | $747.60 |

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 12-37075-MBK
Mahlon M Cohen  Chapter 7
American Express Centurion Bank
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Apr 24, 2020
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2020.
db/jdb       +Mahlon M Cohen,   Ausra M Cohen,   8 Erskine Rd,   Whitehouse Station, NJ 08889-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2020 at the address(es) listed below:

        Andrew L. Spivack   on behalf of Defendant   Federal National Mortgage Association ("Fannie Mae"),
         creditor c/o Seterus, Inc. nj.bkecf@fedphe.com
        Andrew L. Spivack   on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae")
         creditor, c/o Seterus, Inc. nj.bkecf@fedphe.com
        Andrew L. Spivack   on behalf of Creditor   CITIMORTGAGE, INC. nj.bkecf@fedphe.com
        Andrew L. Spivack   on behalf of Creditor   SETERUS, INC. nj.bkecf@fedphe.com
        Andrew L. Spivack   on behalf of Defendant   CitiMortgage, Inc. nj.bkecf@fedphe.com
        Andrew L. Spivack   on behalf of Defendant   Seterus, Inc. nj.bkecf@fedphe.com
        Catherine E. Youngman   on behalf of Plaintiff Catherine E. Youngman cyoungman@foxrothschild.com,
         NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
        Catherine E. Youngman   on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
         NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
        Deirdre E. Burke   on behalf of Trustee Catherine E. Youngman dburke@mccarter.com
        Deirdre E. Burke   on behalf of Plaintiff Catherine E. Youngman dburke@mccarter.com
        Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Eric R. Perkins   eperkins@mdmc-law.com,
         nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
        Eric Raymond Perkins   on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
         nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
        Gary D. Bressler   on behalf of Attorney   McElroy, Deutsch, Mulvaney & Carpenter, LLP
         gbressler@mdmc-law.com,
         kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
        J. Alex Kress   on behalf of Trustee Eric R. Perkins akress@becker.legal,
         mambrose@becker.legal;akress@ecf.courtdrive.com
        John F. Bracaglia, Jr.   on behalf of Joint Debtor Ausra M Cohen brokaw@centraljerseylaw.com
        John F. Bracaglia, Jr.   on behalf of Defendant Mahlon M. Cohen brokaw@centraljerseylaw.com
        John F. Bracaglia, Jr.   on behalf of Defendant Ausra M. Cohen brokaw@centraljerseylaw.com
        John F. Bracaglia, Jr.   on behalf of Debtor Mahlon M Cohen brokaw@centraljerseylaw.com
        John F. Bracaglia, Jr.   on behalf of Defendant Ausra M Cohen brokaw@centraljerseylaw.com
        John F. Bracaglia, Jr.   on behalf of Defendant Mahlon M Cohen brokaw@centraljerseylaw.com
        Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Michael R. Herz   on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com,
         cbrown@foxrothschild.com
        Peter Broege   on behalf of Mediator Peter Broege pbroege@bnfsbankruptcy.com,
         G1580@notify.cincompass.com
        Steven K. Eisenberg   on behalf of Plaintiff   American Express Centurion Bank
         seisenberg@sterneisenberg.com,
         jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

```
District/off: 0312-3               User: admin              Page 2 of 2              Date Rcvd: Apr 24, 2020
                                   Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com,
       mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
                                                                                   TOTAL: 26