UNITED STATES BANKRUPTCY COURT
 DISTRICT OF NEW JERSEY
NEWARK DIVISION, TRENTON DIVISION

Caption in Compliance with D.N.J. LBR 9004-2(c)
Eric  R. Perkins
354 Eisenhower Parkway, Plaza II, Suite 1500
Livingston, NJ 07039
Chapter 7 Trustee

**Order Filed on July 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Cohen, Mahlon M & Cohen, Ausra M

          Debtors

Case No.: 12-37075-KAP

Judge: MICHAEL B. KAPLAN

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

Cour

**DATED: July 24, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Cohen, Mahlon M & Cohen, Ausra M
Case No.: 12-37075-KAP
Caption of Order: Order Awarding Trustee's Compensation and Expenses

_____

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $9,180.00 is reasonable compensation for the services in this case by Eric R. Perkins, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $49.20 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.