UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

BEDERSON, LLP
347 MT PLEASANT AVENUE – SUITE 200
WEST ORANGE, NJ 07052

**Order Filed on July 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MAHLON M. & AUSRA COHEN
DEBTORS

Case No.:  12-37075 (MBK)

Hearing Date:

Judge:    Michael B. Kaplan

Chapter  7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 29, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| BEDERSON LLP | $13,089.00 | $123.35 |

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 12-37075-MBK
Mahlon M Cohen                                                  Chapter 7
American Express Centurion Bank
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jul 29, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2020.
db/jdb        +Mahlon M Cohen,    Ausra M Cohen,    8 Erskine Rd,    Whitehouse Station, NJ 08889-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
          Allen J. Underwood, II   on behalf of Trustee Eric R. Perkins ajunderwood@beckermeisel.com,
          ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
          Andrew L. Spivack   on behalf of Defendant    Federal National Mortgage Association ("Fannie Mae"),
          creditor c/o Seterus, Inc. nj.bkecf@fedphe.com
          Andrew L. Spivack   on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
          creditor, c/o Seterus, Inc. nj.bkecf@fedphe.com
          Andrew L. Spivack   on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Andrew L. Spivack   on behalf of Creditor    SETERUS, INC. nj.bkecf@fedphe.com
          Andrew L. Spivack   on behalf of Defendant    CitiMortgage, Inc. nj.bkecf@fedphe.com
          Andrew L. Spivack   on behalf of Defendant    Seterus, Inc. nj.bkecf@fedphe.com
          Catherine E. Youngman   on behalf of Plaintiff Catherine E. Youngman cyoungman@foxrothschild.com,
          NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Catherine E. Youngman   on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
          NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Deirdre E. Burke   on behalf of Trustee Catherine E. Youngman dburke@mccarter.com
          Deirdre E. Burke   on behalf of Plaintiff Catherine E. Youngman dburke@mccarter.com
          Denise E. Carlon   on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Eric R. Perkins   eperkins@mdmc-law.com,
          nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
          Eric Raymond Perkins   on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
          nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
          Gary D. Bressler   on behalf of Attorney    McElroy, Deutsch, Mulvaney & Carpenter, LLP
          gbressler@mdmc-law.com,
          kdeans@mdmc-law.com;scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
          John F. Bracaglia, Jr.   on behalf of Joint Debtor Ausra M Cohen brokaw@centraljerseylaw.com
          John F. Bracaglia, Jr.   on behalf of Defendant Mahlon M. Cohen brokaw@centraljerseylaw.com
          John F. Bracaglia, Jr.   on behalf of Defendant Ausra M. Cohen brokaw@centraljerseylaw.com
          John F. Bracaglia, Jr.   on behalf of Debtor Mahlon M Cohen brokaw@centraljerseylaw.com
          John F. Bracaglia, Jr.   on behalf of Defendant Ausra M Cohen brokaw@centraljerseylaw.com
          John F. Bracaglia, Jr.   on behalf of Defendant Mahlon M Cohen brokaw@centraljerseylaw.com
          Joshua I. Goldman   on behalf of Creditor    BANK OF AMERICA, N.A.
          josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com
          Michael R. Herz   on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com,
          cbrown@foxrothschild.com
          Peter  Broege   on behalf of Mediator Peter  Broege pbroege@bnfsbankruptcy.com,
          G1580@notify.cincompass.com
          Steven K. Eisenberg   on behalf of Plaintiff    American Express Centurion Bank
          seisenberg@sterneisenberg.com,
          jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jul 29, 2020
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Virginia T. Shea   on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com,
             mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
                                                                                          TOTAL: 26