Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12–37075–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mahlon M Cohen | Ausra M Cohen |
| 8 Erskine Rd | 8 Erskine Rd |
| Whitehouse Station, NJ 08889 | Whitehouse Station, NJ 08889 |

Social Security No.:
  xxx–xx–6431                                xxx–xx–6481

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Eric R. Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: October 15, 2020                    Michael B. Kaplan
                                           Judge, United States Bankruptcy Court